Sean M. Sherlock (CA 161627)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
ssherlock@swlaw.com

Attorneys for Defendant Syntellect, Inc.

FILED
08 MAY 28 PM 3: 35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNTELLECT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08 CV 0941 BEN NLS<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Defendant Syntellect, Inc. hereby files its Notice of Financial Interest pursuant to Local Civil Rule 40.2.

The parent corporation of Syntellect is Enghouse Systems Limited, a Canadian corporation headquartered in Toronto, Ontario. Syntellect is the wholly-owned subsidiary of Enghouse.

Enghouse is a publicly-held company listed on the Toronto Stock Exchange. No publicly-held company other than Enghouse owns ten percent or more of Syntellect's stock.

DATED: May 28, 2008

SNELL & WILMER L.L.P.

By: _____
Sean M. Sherlock
Attorneys for Def. Syntellect, Inc.

## PROOF OF SERVICE BY ALL OPTIONS

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On May 28, 2008, I served, in the manner indicated below, the foregoing document described as **NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

*Please see attached Service List*

[X]  BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ]  BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ]  BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ]  BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Costa Mesa, California.

*Wendy J. Merkle*
Wendy J. Merkle

8813513.1

## SERVICE LIST
## SOUTHERN CALIFORNIA GAS COMPANY V. SYNTELLECT, INC.
## U.S.D.C. CASE NO. TBA

| | |
|---|---|
| Jason H. Wilson<br>William A. Delgado<br>WILLENKEN WILSON LOH & LIEB LLP<br>707 Wilshire Blvd., Ste. 3850<br>Los Angeles, CA 90017 | Attorneys for Plaintiff<br><br>Phone: (213) 955-9240<br>FAX: (213) 955-9250 |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8813513.1

- 2 -