# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY, a California corporation,<br><br>                Plaintiff,<br>v.<br><br>SYNTELLECT, INC., a Delaware corporation,<br><br>                Defendant.<br><br>SYNTELLECT, INC., a Delaware corporation,<br><br>                Counterclaimant,<br>v.<br><br>SOUTHERN CALIFORNIA GAS COMPANY, a California corporation.<br><br>                Counterdefendant. | Civil No.08cv941 BEN (NLS)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

Plaintiff filed a notice that it filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation. The Court, therefore, **VACATES** the Early Neutral Evaluation (ENE) set for July 21, 2008. If the request to transfer is denied, Plaintiff shall so notify this Court within 10 days of that order, and this Court will reschedule the ENE. **IT IS SO ORDERED.**

DATED: July 2, 2008

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge